In the Matter of the Claim of GEORGE F. GOMPH, Respondent, against EMPIRE FLOOR AND LUMBER CORPORATION, Appellant. STATE INDUSTRIAL BOARD,

Respondent.— Award reversed and claim•dismissed, with costs against the State Industrial Board, on the ground that the accidental injuries were not received in the course of and did not arise out of the employment, on the authority of *Matter of McInerney* v. *B. & S. R. R. Corp.* (225 N. Y. 130); *Matter of Clark* v. *Voorhees* (231 id. 14); *Scanlon* v. *Herald Co.* (201 App. Div. 173); *Gibbs* v. *Macy & Co., Inc.* (214 id. 335; affd., 242 N. Y. 551). Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.